**E-FILED**
Tuesday, 24 January, 2006  03:55:27 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR STATEMENT OF REASONS

Case Name: USA v MICHAEL WARGO

Case Number: 02-CR-30066

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

_[signature]_
U.S. Probation office

Date: 10/7/05