# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>MICHAEL WARGO<br>624 South Columbia<br>Springfield, IL  62704<br><br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | WARRANT FOR ARREST<br><br>CASE NO. 02-30066-002 |

**SEALED / FILED OCT 11 2007, JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS**

**RECEIVED 2007 OCT -4 P 4:41 US MARSHALS SERVICE CENTRAL ILLINOIS**

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

   YOU ARE HEREBY COMMANDED to arrest **MICHAEL WARGO**, and bring him or her forthwith to the nearest magistrate judge to answer a petition charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

JOHN M. WATERS
s/ John M. Waters

CLERK U.S. DISTRICT COURT
Title of Issuing Officer

s/John M. Waters
Signature of Issuing Officer

October 4, 2007 at Springfield, IL
Date and Location

Bail fixed at $ <u>No Bail /Bond</u> by US District Judge Jeanne E. Scott .

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Springfield_

| Date Received 10/04/07 | Name of Arresting Officer Alex Stacy | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/05/07 | Title of Arresting Officer DUSM | |