AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| MICHAEL WARGO | |
| | Case Number: 02-30066-002 |
| | USM Number: 13885-026 |
| | DOUGLAS J. BEEVERS |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  MC, SC1  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Criminal damage to property. | 7/14/2005 |
| 3 | Leaving the scene of an accident with damage, operation of uninsured vehicle, and failure to reduce speed to avoid an accident. | 8/18/2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  2  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 3047

Defendant's Date of Birth: 1982

Defendant's Residence Address:

Springfield, IL 62704

11/26/2007
Date of Imposition of Judgment

s/Jeanne E. Scott
Signature of Judge

JEANNE E. SCOTT,   US District Judge
Name of Judge   Title of Judge

11/28/2007
Date

Defendant's Mailing Address:

Same as above.

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 1A

DEFENDANT: MICHAEL WARGO
CASE NUMBER: 02-30066-002

Judgment—Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Driving under the influence, disobeying a traffic control signal, and speeding 50 in a 35 MPH zone. | 9/14/2007 |
| 5 | Possession of Cocaine | 8/21/2007 |
| 6A | Failure to submit a scheduled urine specimen. | 1/19/2005 |
| 6B | Failure to submit a scheduled urine specimen. | 4/22/2005 |
| 6C | Failure to submit a scheduled urine specimen. | 9/20/2005 |
| 6D | Failure to submit a scheduled urine specimen. | 12/29/2005 |
| 6E | Use of alcohol. | 9/14/2007 |
| 6F | Failure to submit a scheduled urine specimen. | 9/17/2007 |
| 6G | Failure to submit a normal urine specimen. | 9/18/2007 |

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

DEFENDANT: MICHAEL WARGO
CASE NUMBER: 02-30066-002

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL